GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 04/26/2019 | 390 |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152

Total Net Direct Deposit(s)
**$1595.32**

AMOUNT

VOID THIS IS NOT A CHECK ......................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                             FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Matthew J Avender
7950 Large St
Philadelphia, PA 19152
Soc Sec #: xxx-xx-xxxx    Employee ID: 94

Home Department: 400 WAREHOUSE -ROCKWELL / 6 BRANCH

Pay Period: 04/07/19 to 04/20/19
Check Date: 04/26/19    Check #: 390

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 7175.78 |
| Chkg 2934 | 1595.32 | 5887.47 |
| **NET PAY** | **1595.32** | **13063.25** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 80.00 | 24.7800 | 1982.40 | 620.00 | 15363.60 |
| Overtime Earning | 10.00 | 37.1700 | 371.70 | 63.50 | 2360.31 |
| Holiday | | | | 16.00 | 396.48 |
| Personal | | | | 8.00 | 198.24 |
| Vacation | | | | 40.00 | 991.20 |
| **Total Hours** | 90.00 | | | 747.50 | |
| **Gross Earnings** | | | 2354.10 | | 19309.83 |
| **Total Hrs Worked** | 90.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 145.02 | 1188.84 |
| Medicare | | 33.92 | 278.04 |
| Fed Income Tax | S 0 | 323.16 | 2495.50 |
| PA Income Tax | | 71.81 | 588.68 |
| PA Unemploy | | 1.41 | 11.59 |
| PA PHILA-Phi Inc | | 91.36 | 749.40 |
| **TOTAL** | | **666.68** | **5312.05** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FSA Med | 15.00 | 135.00 |
| Posttax Health | 43.66 | 392.94 |
| Union Dues (%) | 23.54 | 192.35 |
| Union Dues (Fla | | 132.00 |
| Union Dues(Amt | 9.90 | 82.24 |
| **TOTAL** | **92.10** | **934.53** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1595.32** | **13063.25** |

Payrolls by Paychex, Inc.

0940 Y426-S208  GROVE SUPPLY INC • 106 Steamboat Drive • Warminster PA 18974-0000 • (215) 672-8666

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER PA 18974-0000

ORG1 6 BRANCH
ORG2 400 WAREHOU
EE ID 94    DD

| DATE | CHECK NO. |
|---|---|
| 04/12/2019 | 277 |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152

Total Net Direct Deposit(s)
**$1450.92**

AMOUNT

VOID THIS IS NOT A CHECK ................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Matthew J Avender
7950 Large St
Philadelphia, PA 19152
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 94

**Home Department:** 400 WAREHOUSE -ROCKWELL / 6 BRANCH

**Pay Period:** 03/24/19 to 04/06/19
**Check Date:** 04/12/19    **Check #:** 277

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 7175.78 |
| Chkg 2934 | 1450.92 | 4292.15 |
| **NET PAY** | **1450.92** | **11467.93** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 54.00 | 24.7800 | 1338.12 | 540.00 | 13381.20 |
| Overtime Earning | 6.50 | 37.1700 | 241.61 | 53.50 | 1988.61 |
| Holiday | | | | 16.00 | 396.48 |
| Personal | | | | 8.00 | 198.24 |
| Vacation | 24.00 | 24.7800 | 594.72 | 40.00 | 991.20 |
| Total Hours | 84.50 | | | 657.50 | |
| Gross Earnings | | | 2174.45 | | 16955.73 |
| Total Hrs Worked | 60.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.89 | 1043.82 |
| Medicare | | 31.31 | 244.12 |
| Fed Income Tax | S 0 | 283.64 | 2172.34 |
| PA Income Tax | | 66.30 | 516.87 |
| PA Unemploy | | 1.30 | 10.18 |
| PA PHILA-Phi Inc | | 84.39 | 658.04 |
| **TOTAL** | | **600.83** | **4645.37** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FSA Med | 15.00 | 120.00 |
| Posttax Health | 43.66 | 349.28 |
| Union Dues (%) | 21.74 | 168.81 |
| Union Dues (Fla | 33.00 | 132.00 |
| Union Dues (Amt | 9.30 | 72.34 |
| **TOTAL** | **122.70** | **842.43** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1450.92 | 11467.93 |

Payrolls by Paychex, Inc.

0940 Y426-S208  GROVE SUPPLY INC • 106 Steamboat Drive • Warminster PA  18974-0000 • (215) 672-8666

GROVE SUPPLY
106 STEAMBOAT DRIVE
WARMINSTER PA 18974-0000

ORG1 6 BRANCH
ORG2 400 WAREHOU
EE ID 94            DD

Y426
DEPT

| DATE | CHECK NO. |
|---|---|
| 03/29/2019 | 163 |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152

Total Net Direct Deposit(s)
**$1391.88**
AMOUNT

VOID THIS IS NOT A CHECK ........................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Matthew J Avender
7950 Large St
Philadelphia, PA 19152
Soc Sec #: xxx-xx-xxxx    Employee ID: 94

Home Department: 400 WAREHOUSE -ROCKWELL /
6 BRANCH

Pay Period: 03/10/19 to 03/23/19
Check Date: 03/29/19    Check #: 163

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 7175.78 |
| Chkg 2934 | 1391.88 | 2841.23 |
| NET PAY | 1391.88 | 10017.01 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 72.00 | 24.7800 | 1784.16 | 486.00 | 12043.08 |
| Overtime Earning | 6.50 | 37.1700 | 241.61 | 47.00 | 1747.00 |
| Holiday | | | | 16.00 | 396.48 |
| Personal | | | | 8.00 | 198.24 |
| Vacation | | | | 16.00 | 396.48 |
| Total Hours | 78.50 | | | 573.00 | |
| Gross Earnings | | | 2025.77 | | 14781.28 |
| Total Hrs Worked | 78.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.67 | 909.93 |
| Medicare | | 29.16 | 212.81 |
| Fed Income Tax | S 0 | 250.93 | 1888.70 |
| PA Income Tax | | 61.73 | 450.57 |
| PA Unemploy | | 1.22 | 8.88 |
| PA PHILA-Phi Inc | | 78.62 | 573.65 |
| TOTAL | | 546.33 | 4044.54 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FSA Med | 15.00 | 105.00 |
| Posttax Health | 43.66 | 305.62 |
| Union Dues (%) | 20.26 | 147.07 |
| Union Dues (Fla | | 99.00 |
| Union Dues(Amt | 8.64 | 63.04 |
| TOTAL | 87.56 | 719.73 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1391.88 | 10017.01 |

Payrolls by Paychex, Inc.

0940 Y426-S208    GROVE SUPPLY INC • 106 Steamboat Drive • Warminster PA 18974-0000 • (215) 672-8666

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER PA 18974-0000

ORG1 6 BRANCH
ORG2 400 WAREHOU
EE ID: 94    DD

| DATE | CHECK NO. |
|---|---|
| 03/15/2019 | 50 |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152

Total Net Direct Deposit(s)
**$1449.35**
AMOUNT

VOID THIS IS NOT A CHECK .................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Matthew J Avender
7950 Large St
Philadelphia, PA 19152
Soc Sec #: xxx-xx-xxxx    Employee ID: 94

Home Department: 400 WAREHOUSE -ROCKWELL / 6 BRANCH

Pay Period: 02/24/19 to 03/09/19
Check Date: 03/15/19    Check #: 50

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 7175.78 |
| Chkg 2934 | 1449.35 | 1449.35 |
| NET PAY | 1449.35 | 8625.13 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 78.00 | 24.7800 | 1932.84 | 414.00 | 10258.92 |
| Overtime Earning | 5.00 | 37.1700 | 185.85 | 40.50 | 1505.39 |
| Holiday | | | | 16.00 | 396.48 |
| Personal | | | | 8.00 | 198.24 |
| Vacation | | | | 16.00 | 396.48 |
| Total Hours | 83.00 | | | 494.50 | |
| Gross Earnings | | | 2118.69 | | 12755.51 |
| Total Hrs Worked | 83.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 130.42 | 785.26 |
| Medicare | | 30.50 | 183.65 |
| Fed Income Tax | S 0 | 271.37 | 1637.77 |
| PA Income Tax | | 64.58 | 388.84 |
| PA Unemploy | | 1.27 | 7.66 |
| PA PHILA-Phi Inc | | 82.22 | 495.03 |
| TOTAL | | 580.36 | 3498.21 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FSA Med | 15.00 | 90.00 |
| Posttax Health | 43.66 | 261.96 |
| Union Dues (%) | 21.19 | 126.81 |
| Union Dues (Fla | | 99.00 |
| Union Dues(Amt | 9.13 | 54.40 |
| TOTAL | 88.98 | 632.17 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1449.35 | 8625.13 |

Payrolls by Paychex, Inc.

0940 Y426-S208    GROVE SUPPLY INC • 106 Steamboat Drive • Warminster PA 18974-0000 • (215) 672-8666

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 03/01/2019 | Direct Deposit |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1504.81**

AMOUNT

VOID THIS IS NOT A CHECK..........

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX    Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 02/10/19 to 02/23/19
Check Date: 03/01/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1504.81 | 7175.78 |
| Net Pay | 1504.81 | 7175.78 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 80.00 | 24.7800 | 1982.40 | 336.00 | 8326.08 |
| OVERTIME EARNIN | 7.50 | 37.1700 | 278.78 | 35.50 | 1319.54 |
| HOLIDAY | | | | 16.00 | 396.48 |
| PERSONAL | | | | 8.00 | 198.24 |
| VACATION | | | | 16.00 | 396.48 |
| FSA MED - PA | | | -15.00 | | -75.00 |
| **HOURS WORKED** | 87.50 | | | 371.50 | |
| **ADJ EARNINGS** | | | 2246.18 | | 10561.82 |
| **GROSS EARNINGS** | 87.50 | | 2261.18 | 411.50 | 10636.82 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 218.30 |
| UNION DUES (FLA | 33.00 | 99.00 |
| UNION DUES (% | 22.46 | 105.62 |
| UNION DUES (A | 9.63 | 45.27 |
| **TOTAL** | 108.75 | 468.19 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 302.72 | 1366.40 |
| OASDI | 139.26 | 654.84 |
| MEDICARE | 32.57 | 153.15 |
| STATE W/H PA | 68.96 | 324.26 |
| STATE SUI PA | 1.36 | 6.39 |
| PA 3000-PHILA | 87.75 | 412.81 |
| **TOTAL** | 632.62 | 2917.85 |

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 1504.81 | 7175.78 |

Payrolls by Paychex, Inc.
0426-S208 GROVE SUPPLY INC

GROVE SUPPLY INC  
106 STEAMBOAT DRIVE  
WARMINSTER, PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 02/15/2019 | Direct Deposit |

PAY TO THE ORDER OF

MATTHEW J AVENDER  
7950 LARGE ST  
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)  
**$1380.51**

AMOUNT

VOID THIS IS NOT A CHECK..........

PNC  
JEANNETTE, PA

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
MATTHEW J AVENDER  
7950 LARGE ST  
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX    Employee ID: 94  
Hire Date: 10/01/01  
Status:  
Filing Status:  
Federal: Single, 0  
State: PA, Single, 0  
Br/Dept: 6/400  

Pay Period: 01/27/19 to 02/09/19  
Check Date: 02/15/19    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1380.51 | 5670.97 |
| Net Pay | 1380.51 | 5670.97 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 64.00 | 24.7800 | 1585.92 | 256.00 | 6343.68 |
| OVERTIME EARNIN | 6.00 | 37.1700 | 223.02 | 28.00 | 1040.76 |
| HOLIDAY | | | | 16.00 | 396.48 |
| PERSONAL | 8.00 | 24.7800 | 198.24 | 8.00 | 198.24 |
| VACATION | | | | 16.00 | 396.48 |
| FSA MED - PA | | | -15.00 | | -60.00 |
| HOURS WORKED | 70.00 | | | 284.00 | |
| ADJ EARNINGS | | | 1992.18 | | 8315.64 |
| GROSS EARNINGS | 78.00 | | 2007.18 | 324.00 | 8375.64 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 174.64 |
| UNION DUES (FLA | | 66.00 |
| UNION DUES (% | 19.92 | 83.16 |
| UNION DUES (A | 8.58 | 35.64 |
| TOTAL | 72.16 | 359.44 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 246.84 | 1063.68 |
| OASDI | 123.52 | 515.58 |
| MEDICARE | 28.89 | 120.58 |
| STATE W/H PA | 61.16 | 255.30 |
| STATE SUI PA | 1.20 | 5.03 |
| PA 3000-PHILA | 77.90 | 325.06 |
| TOTAL | 539.51 | 2285.23 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1380.51 | 5670.97 |

*Payrolls by Paychex, Inc.*  
**0426-S208** GROVE SUPPLY INC

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

0426-S208 BI005F
6-400
433

| DATE | CHECK NO. |
|---|---|
| 01/18/2019 | Direct Deposit |

PAY TO THE
ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1280.87**

AMOUNT

VOID THIS IS NOT A CHECK.

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX    Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 12/30/18 to 01/12/19
Check Date: 01/18/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1280.87 | 2774.14 |
| Net Pay | 1280.87 | 2774.14 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 56.00 | 24.7800 | 1387.68 | 120.00 | 2973.60 |
| OVERTIME EARNIN | 7.00 | 37.1700 | 260.19 | 14.00 | 520.38 |
| HOLIDAY | 8.00 | 24.7800 | 198.24 | 16.00 | 396.48 |
| VACATION | | | | 8.00 | 198.24 |
| FSA MED - PA | | | -15.00 | | -30.00 |
| HOURS WORKED | 63.00 | | | 134.00 | |
| ADJ EARNINGS | | | 1831.11 | | 4058.70 |
| GROSS EARNINGS | 71.00 | | 1846.11 | 158.00 | 4088.70 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 87.32 |
| UNION DUES (FLA | | 33.00 |
| UNION DUES  (% | 18.31 | 40.59 |
| UNION DUES  (A | 7.81 | 17.38 |
| TOTAL | 69.78 | 178.29 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 211.40 | 510.03 |
| OASDI | 113.53 | 251.64 |
| MEDICARE | 26.55 | 58.85 |
| STATE W/H PA | 56.22 | 124.61 |
| STATE SUI PA | 1.11 | 2.46 |
| PA 3000-PHILA | 71.65 | 158.68 |
| TOTAL | 480.46 | 1106.27 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1280.87 | 2774.14 |

Payrolls by Paychex, Inc.
0426-S208 GROVE SUPPLY INC ■

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 01/04/2019 | Direct Deposit |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1493.27**

AMOUNT

VOID THIS IS NOT A CHECK..........

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX    Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 12/16/18 to 12/29/18
Check Date: 01/04/19    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1493.27 | 1493.27 |
| Net Pay | 1493.27 | 1493.27 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 64.00 | 24.7800 | 1585.92 | 64.00 | 1585.92 |
| OVERTIME EARNIN | 7.00 | 37.1700 | 260.19 | 7.00 | 260.19 |
| HOLIDAY | 8.00 | 24.7800 | 198.24 | 8.00 | 198.24 |
| VACATION | 8.00 | 24.7800 | 198.24 | 8.00 | 198.24 |
| FSA MED - PA | | | -15.00 | | -15.00 |
| HOURS WORKED | 71.00 | | | 71.00 | |
| ADJ EARNINGS | | | 2227.59 | | 2227.59 |
| GROSS EARNINGS | 87.00 | | 2242.59 | 87.00 | 2242.59 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 43.66 |
| UNION DUES (FLA | 33.00 | 33.00 |
| UNION DUES (% | 22.28 | 22.28 |
| UNION DUES (A | 9.57 | 9.57 |
| TOTAL | 108.51 | 108.51 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 298.63 | 298.63 |
| OASDI | 138.11 | 138.11 |
| MEDICARE | 32.30 | 32.30 |
| STATE W/H PA | 68.39 | 68.39 |
| STATE SUI PA | 1.35 | 1.35 |
| PA 3000-PHILA | 87.03 | 87.03 |
| TOTAL | 625.81 | 625.81 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1493.27 | 1493.27 |

Payrolls by Paychex, Inc.
**0426-S208** GROVE SUPPLY INC

GROVE SUPPLY INC
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 12/21/2018 | Direct Deposit |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1399.61**

AMOUNT

VOID THIS IS NOT A CHECK.........................

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX   Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 12/02/18 to 12/15/18
Check Date: 12/21/18   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1399.61 | 37094.86 |
| Net Pay | 1399.61 | 37094.86 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 72.00 | 24.7800 | 1784.16 | 1785.50 | 43764.94 |
| OVERTIME EARNIN | 7.00 | 37.1700 | 260.19 | 163.00 | 6003.62 |
| HOLIDAY | | | | 56.00 | 1375.68 |
| PERSONAL | | | | 48.00 | 1173.44 |
| VACATION | | | | 120.00 | 2941.60 |
| FSA MED - PA | | | -15.00 | | -390.00 |
| **HOURS WORKED** | 79.00 | | | 1948.50 | |
| **ADJ EARNINGS** | | | 2029.35 | | 54869.28 |
| **GROSS EARNINGS** | 79.00 | | 2044.35 | 2172.50 | 55259.28 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 1135.16 |
| UNION DUES (FLA | | 528.00 |
| UNION DUES (% | 20.29 | 548.70 |
| UNION DUES (A | 8.69 | 239.04 |
| TOTAL | 72.64 | 2450.90 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 258.98 | 7256.12 |
| OASDI | 125.82 | 3401.90 |
| MEDICARE | 29.43 | 795.61 |
| STATE W/H PA | 62.30 | 1689.56 |
| STATE SUI PA | 1.23 | 33.17 |
| PA 3000-PHILA | 79.34 | 2147.16 |
| TOTAL | 557.10 | 15323.52 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1399.61 | 37094.86 |

Payrolls by Paychex, Inc.
0426-S208 GROVE SUPPLY INC

**GROVE SUPPLY INC**
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

0426-S208 0-400 433

DATE: 12/07/2018
Direct Deposit
CHECK NO.

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1435.59**

AMOUNT

VOID THIS IS NOT A CHECK

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX     Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 11/18/18 to 12/01/18
Check Date: 12/07/18        Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1435.59 | 35695.25 |
| Net Pay | 1435.59 | 35695.25 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 62.00 | 24.7800 | 1536.36 | 1713.50 | 41980.78 |
| OVERTIME EARNIN | 6.00 | 37.1700 | 223.02 | 156.00 | 5743.43 |
| HOLIDAY | 16.00 | 24.7800 | 396.48 | 56.00 | 1375.68 |
| PERSONAL | | | | 48.00 | 1173.44 |
| VACATION | | | | 120.00 | 2941.60 |
| FSA MED - PA | | | -15.00 | | -375.00 |
| **HOURS WORKED** | 68.00 | | | 1869.50 | |
| **ADJ EARNINGS** | | | 2140.86 | | 52839.93 |
| **GROSS EARNINGS** | 84.00 | | 2155.86 | 2093.50 | 53214.93 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 1091.50 |
| UNION DUES (FLA | 33.00 | 528.00 |
| UNION DUES  (% | 21.41 | 528.41 |
| UNION DUES  (A | 9.24 | 230.35 |
| **TOTAL** | 107.31 | 2378.26 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 283.51 | 6997.14 |
| OASDI | 132.73 | 3276.08 |
| MEDICARE | 31.04 | 766.18 |
| STATE W/H PA | 65.72 | 1627.26 |
| STATE SUI PA | 1.29 | 31.94 |
| PA 3000-PHILA | 83.67 | 2067.82 |
| **TOTAL** | 597.96 | 14766.42 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1435.59 | 35695.25 |

Payrolls by Paychex, Inc.
**0426-S208** GROVE SUPPLY INC

**GROVE SUPPLY INC**
106 STEAMBOAT DRIVE
WARMINSTER, PA 18974-0000

| DATE | CHECK NO. |
|---|---|
| 11/09/2018 | Direct Deposit |

PAY TO THE ORDER OF

MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA PA 19152-3243

Total Net Direct Deposit(s)
**$1520.10**

AMOUNT

VOID THIS IS NOT A CHECK..........

PNC
JEANNETTE, PA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
MATTHEW J AVENDER
7950 LARGE ST
PHILADELPHIA, PA 19152-3243

Soc Sec #: XXX-XX-XXXX    Employee ID: 94
Hire Date: 10/01/01
Status:
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 6/400

Pay Period: 10/21/18 to 11/03/18
Check Date: 11/09/18    Check #: Direct Deposit

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 71.00 | 24.7800 | 1759.38 | 1587.50 | 38858.50 |
| OVERTIME EARNIN | 9.00 | 37.1700 | 334.53 | 143.00 | 5260.22 |
| HOLIDAY | | | | 40.00 | 979.20 |
| PERSONAL | | | | 32.00 | 776.96 |
| VACATION | 8.00 | 24.7800 | 198.24 | 120.00 | 2941.60 |
| FSA MED - PA | | | -15.00 | | -345.00 |
| HOURS WORKED | 80.00 | | | 1730.50 | |
| *ADJ EARNINGS* | | | 2277.15 | | 48471.48 |
| *GROSS EARNINGS* | 88.00 | | 2292.15 | 1922.50 | 48816.48 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 2934 | 1520.10 | 32737.35 |
| Net Pay | 1520.10 | 32737.35 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| POSTTAX HEALTH | 43.66 | 1004.18 |
| UNION DUES (FLA | 33.00 | 495.00 |
| UNION DUES (% | 22.77 | 484.72 |
| UNION DUES (A | 9.68 | 211.54 |
| *TOTAL* | 109.11 | 2195.44 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 313.49 | 6411.04 |
| OASDI | 141.18 | 3005.24 |
| MEDICARE | 33.02 | 702.84 |
| STATE W/H PA | 69.91 | 1493.15 |
| STATE SUI PA | 1.38 | 29.30 |
| PA 3000-PHILA | 88.96 | 1897.12 |
| *TOTAL* | 647.94 | 13538.69 |

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 1520.10 | 32737.35 |

*Payrolls by Paychex, Inc.*
**0426-S208** GROVE SUPPLY INC